**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
PHILIP E. DeBLASIO,

                                Plaintiff,

                -against-

POLICE OFFICER NIEVES, et al.,

                              Defendants.
---------------------------------------------------------------x

No. 18-CV-9360 (AT) (OTW)

**<u>ORDER</u>**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the City of New York's (the "City") February 21, 2020 letter motion to compel Plaintiff to produce executed authorizations of necessary releases from Lenox Hill Hospital and the New York City Fire Department. Plaintiff has been provided multiple opportunities to timely comply with his obligations to return his releases, and Plaintiff has been warned that without these releases, Plaintiff cannot proceed with this case. (*See* ECF 39). Accordingly, the City's letter motion to compel is GRANTED.

By **April 3, 2020**, Plaintiff shall return to the City properly executed authorizations for the requested medical records from Lenox Medical Hospital and for the requested records from the New York City Fire Department. If Plaintiff fails to produce the executed releases by that date, or to provide a letter to the Court explaining why those releases should not be produced, the Court will entertain a motion by the City for dismissal for failure to prosecute under Rule 41(b). The Clerk of Court is directed to close ECF 41 and respectfully requested to mail a copy of

this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: March 10, 2020
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge