**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

PHILIP E. DeBLASIO,                          :
                                             :
                          Plaintiff,         :          No. 18-CV-9360 (AT) (OTW)
                                             :
             -against-                       :          **ORDER**
                                             :
POLICE OFFICER NIEVES, et al.,               :
                                             :
                          Defendants.        :
                                             :
                                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of the defendants' letter regarding the plaintiff's time to return the executed medical releases for Lenox Hill Hospital and the Fire Department of New York ("FDNY") in light of the Court's Order extending the discovery deadlines by sixty (60) days. (ECF 43, 44). Consistent with the Court's March 18, 2020 order on the motion to compel (ECF 42), plaintiff shall still return the executed medical releases by April 3, 2020.

The defendants are direct to mail a copy of this Order, ECF 43, and ECF 44 to the *pro se* plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: March 23, 2020                                   **Ona T. Wang**
       New York, New York                        United States Magistrate Judge