```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PHILIP E. DeBLASIO,                              :
                                                 :
                              Plaintiff,         :     No. 18-CV-9360 (AT) (OTW)
                                                 :
           -against-                              :     **ORDER**
                                                 :
POLICE OFFICER NIEVES, et al.,                   :
                                                 :
                              Defendants.        :
                                                 :
-------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of parties' joint proposed revised discovery deadlines. (ECF 46).

The application is **GRANTED**. The discovery deadlines are now:

- Deposition completion deadline: August 3, 2020.
- Discovery completion deadline: August 3, 2020.

    Defendant is directed to mail a copy of this Order to Plaintiff.

   **SO ORDERED.**

Dated: March 26, 2020
       New York, New York

                                      *s/ Ona T. Wang*
                                      **Ona T. Wang**
                                      United States Magistrate Judge