**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
PHILIP E. DeBLASIO,

                             Plaintiff,

            -against-

POLICE OFFICER NIEVES. et al.,

                          Defendants.

------------------------------------------------------------x

No. 18-CV-9360 (AT) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

Defendants are directed to submit a **status letter on August 3, 2020**. Defendants are requested to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 28, 2020
      New York, New York

                                          *s/ Ona T. Wang*
                                                **Ona T. Wang**
                                        United States Magistrate Judge