UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

PHILIP DEBLASIO,

                                                **ORDER**

                Plaintiff,

        -against-                      18 Civ. 9360 (AT) (OTW)

POLICE OFFICER NIEVES and POLICE OFFICER
PALMERI ,

                Defendants.

------------------------------------------------------------------------ x

**ONA T. WANG**
**UNITED STATES MAGISTRATE JUDGE**

      Upon the application of defendants for leave to take the deposition of plaintiff PHILIP DEBLASIO, an inmate within the New York State Department of Corrections, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure:

      **IT IS HEREBY ORDERED:** that the Warden or other official in charge of the GREEN HAVEN CORRECTIONAL FACILITY located in Stormville, New York, produce inmate PHILIP DEBLASIO, DIN # 19-A-0070, for the taking of his deposition on OCTOBER 16, 2020, commencing at 10:00 a.m., and any such dates as may be adjourned, and for so long thereafter as the deposition continues; and

**IT IS FURTHER ORDERED** that plaintiff PHILIP DEBLASIO appears in such place(s) as designated by the Warden or other official in charge of Green Haven Correctional Facility so that his deposition may be taken; and also present at the deposition will be WILLIAM T. GOSLING, CHRISTOPHER DELUCA, and STEPHANIE BRESLOW attorney for defendants, and a court reporter to be designated by defendants.

Dated: Oct. 1, 2020
New York, New York

The Clerk of Court is directed to close ECF 57 and mail a copy of this Order to the *pro se* Plaintiff.

SO ORDERED

_____
ONA T. WANG U.S.M.J.