UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILIP E. DEBLASIO,

            Plaintiff,

-against-

POLICE OFFICER NIEVES, et al.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2022

18 Civ. 9360 (AT) (OTW)

**ORDER**

ANALISA TORRES, District Judge:

    The Report & Recommendation (the "R&R") of the Honorable Ona T. Wang, was filed on March 28, 2022, and mailed to Plaintiff *pro se* on March 29, 2022. ECF No. 74; March 29, 2022 Dkt. Entry. The Court received no objections by the deadline of April 12, 2022. *See Horton v. City of New York*, 636 Fed. Appx. 822, 823 (2d Cir. 2016) (mailing of a report and recommendation is service within the meaning of 28 U.S.C. § 636(b)(1)(C)). Therefore, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety, and DISMISSES the case. The Clerk of Court is directed to terminate all open motions, close the case, and mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: July 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge